## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| MID AMERICA AGRI ) | Case No. BK 09-41543 |
| PRODUCTS / HORIZON, LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### NOTICE OF AUCTION RESULTS AND NOTICE SETTING OBJECTION/RESISTANCE DEADLINE

TO: ALL PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that pursuant to the Order Preliminarily Authorizing And Approving (i) The Sale Of Substantially All Debtor's Assets Free And Clear Of Liens, Claims, Interests And Encumbrances; And (ii) The Assumption And Assignment Of Executory Contracts And Unexpired Leases entered on September 18, 2009 and the Order Approving (i) Bidding Procedures, Including Bid Protections, And (ii) Assumption And Assignment Procedures ( the "Procedures") entered on September 18, 2009, as subsequently multiply amended, an auction ( the "Auction") of substantially all of the assets of the Debtor (the "Assets") was conducted at the offices of Debtor's counsel, Husch Blackwell Sanders, in Omaha, Nebraska on December 17, 2009. At the Auction, the winning bidder was Nebraska Corn Processing, LLC (the "Buyer") which agreed to pay the sum of $30,100,000.00 in cash for the Assets at closing, pursuant to the terms of an Asset Purchase Agreement, a copy of which is attached hereto as Exhibit "A". The Back-Up Bidder, as such term is defined in the Procedures was Horizon Acquisition, LLC with a credit bid of $30,000,000.00.

Debtor and Buyer intend to present the Court with an Order confirming the results of the Auction and authorizing the sale to Buyer. A copy of the proposed Order is attached hereto as Exhibit "B" (the "Order").

OMA-290170-2

IN THE MATTER OF:
MID AMERICA AGRI PRODUCTS/HORIZON, LLC, Debtor
Case No. BK09-41543    Chapter 11
Notice of Filing    Page 3

Notice is further given:

1. That the last day to object to or resist the sale contemplated under Exhibit "A" and/or the terms of the Order is Monday, December 28, 2009 at 11:59 p.m. CST.

2. That if the objection/resistance period expires without the filing of any objection or resistance, the Bankruptcy Court will consider entering the Order without further hearing.

3. That if an objection/resistance is properly and timely filed within the deadline, the Bankruptcy Court will set the matter for hearing and notice of the date and time of such hearing will be served on all parties in interest.

Dated this 23 rd day of December, 2009.

                                         **MID AMERICA AGRI**
                                         **PRODUCTS/HORIZON, LLC,** Debtor

By: _/s/ signature_
    Robert V. Ginn (No. 15061)
    **Patrick R. Turner (No. 23461)**
    **HUSCH BLACKWELL SANDERS, LLP**
    1620 Dodge Street, Suite 2100
    Omaha, Nebraska 68102
    Tel. No. (402) 964-5000
    Fax No. (402) 964-5050

OMA-290170-2